**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: C.J.C., A MINOR : No. 137 EM 2018
:
:
PETITION OF: B.A.G., MOTHER :

IN THE INTEREST OF: F.E.C., A MINOR : No. 138 EM 2018
:
:
PETITION OF: B.A.G., MOTHER :

IN THE INTEREST OF: J.H.C., A MINOR : No. 139 EM 2018
:
:
PETITION OF: B.G., MOTHER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within five days.